# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Trevino Hernandez, S. De R. L. De C. V.
               Petitioner

V.

Smart & Final, Inc.
               Respondent

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   09cv2266-BEN

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court Denies the Petition to Vacate Arbitration Award and Grants the Petition to Confirm Arbitration Award.

| June 17, 2010 | W. Samuel Hamrick, Jr. |
|:---:|:---:|
| Date | Clerk |

s/ K. Hammerly
(By) Deputy Clerk

ENTERED ON June 17, 2010

09cv2266-BEN